**FILED**

**FEB - 8 2022**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 22-30011-SPM |
| vs. ) | |
| ) | Title 18, United States Code, |
| DEONTE D. SMITH, ) | Sections 922(g)(9), 924(a)(2) |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
#### PROHIBITED PERSON IN POSSESSION OF A FIREARM

On or about May 3, 2021, in St. Clair County, within the Southern District of Illinois,

**DEONTE D. SMITH,**

defendant herein, knowing he had been previously convicted of a misdemeanor crime of domestic violence, did knowingly possess the firearm, to wit: Zastava Semi Auto Pistol 7.62X39 Serial# M92PV046308, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

### FORFEITURE ALLEGATION
#### FORFEITURE OF FIREARM

Upon conviction of the offense alleged in Count 1 of this Indictment, defendant **DEONTE D. SMITH** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offense described in Count 1 of this Indictment, including, but not limited, to the following: **Zastava Semi Auto Pistol 7.62X39 Serial# M92PV046308, including all ammunition contained therein or seized therewith.**

A TRUE BILL

_____
Karelia S. Rajagopal
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2022.02.07 22:34:19 -06'00'

_____
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention